**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

BUREAU OF CONSUMER FINANCIAL PROTECTION,

Plaintiff,

v.

CITIZENS BANK, N.A.,

Defendant.

Case No. 1:20-cv-00044-WES-LDA

Judge William E. Smith

Magistrate Judge Lincoln D. Almond

**STIPULATION REGARDING EXTENDING TIME FOR DEFENDANT'S ANSWER**

Plaintiff Bureau of Consumer Financial Protection and Defendant Citizens Bank, N.A., hereby stipulate and agree that Defendant shall have up to and including December 31, 2020 to file an answer to the Plaintiff's Complaint in this action.

Respectfully submitted:

Plaintiff,

CONSUMER FINANCIAL PROTECTION BUREAU,

By its attorneys,

*/s/ Rebeccah Watson*
Rebeccah Watson (DC #989313)
Charles Eric Mothander (DC #1032539)
Renée S. Orleans (MD Bar)
Enforcement Attorneys
Bureau of Consumer Financial Protection
1700 G Street, NW
Washington, DC 20552
Telephone (Watson): 202-435-7895
Telephone (Mothander): 202-435-7321

Defendant,

CITIZENS BANK, N.A.,

By its Attorneys,

*/s/ Geoffrey W. Millsom*
Geoffrey W. Millsom (#6483)
Brenna Anatone Force (#8555)
Daniel J. Procaccini (#8552)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443
Tel.: (401) 274-7200
Fax: (401) 351-4607
GMillsom@apslaw.com

Telephone (Orleans): 202-435-7271
Fax: 202-435-7722
E-mail: Rebeccah.Watson@cfpb.gov
E-mail: Charles.Mothander@cfpb.gov
E-mail: Renee.Orleans@cfpb.gov
Dated: December 10, 2020

BForce@apslaw.com
DProcaccini@apslaw.com
Dated: December 10, 2020

- and -

*/s/ Helgi C. Walker*

Helgi C. Walker, pro hac vice
Elizabeth P. Papez, pro hac vice
Jacob T. Spencer, pro hac vice
Brian A. Richman, pro hac vice
Max E. Schulman, pro hac vice
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel.: (202) 955-8500
Fax: (202) 467-0539
HWalker@gibsondunn.com
EPapez@gibsondunn.com
JSpencer@gibsondunn.com
BRichman@gibsondunn.com
MSchulman@gibsondunn.com
Dated: December 10, 2020

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing Answer through the ECF system on the 10th day of December, 2020, and that notice will be sent electronically to all counsel who are registered participants identified on the Mailing Information for 1:20-cv-00044-WES-LDA.

*/s/ Daniel J. Procaccini*